703 A.2d 934

IN THE MATTER OF FRANCIS CUTRUZZULA,
AN ATTORNEY AT LAW.

January 7, 1998.

## ORDER

This matter having been presented to the Court pursuant to *Rule* 1:20–10(b) following a motion for discipline by consent of **FRANCIS CUTRUZZULA** of **HACKENSACK**, who was admitted to the bar of this State in 1989;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) and (b) (failure to communicate) and *RPC* 1.5(b) (failure to communicate in writing to client within a reasonable time commencing the representation);

And the parties having agreed that respondent's conduct violated *RPC* 1.3, *RPC* 1.4(a) and (b) and *RPC* 1.5(b) and that said conduct warrants a reprimand;

And the Disciplinary Review Board having reviewed the record pursuant to *Rule* 1:20–10(b)(3) to determine the appropriate measure of discipline for respondent's misconduct;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics infractions and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **FRANCIS CUTRUZZULA** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.